UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 03-20724-CIV-MORENO

COCOWALK ESTATES, INC. and COCOWALK ESTATES HOMEOWNERS ASSOCIATION, INC.,

    Plaintiffs,

vs.

MELVYN D. RIFF,

    Defendant.
_____/



## ORDER GRANTING MOTION FOR SANCTIONS AND TO ENFORCE LOCAL RULE 16.2

THIS CAUSE came before the Court upon Plaintiff's Motion for Sanctions and to Enforce Local Rule 16.2 **(D.E. No. 13)**, filed on **August 11, 2003**.

THE COURT has considered the motion, the response and the pertinent portions of the record, and being otherwise fully advised in the premises and in open court, it is

**ADJUDGED** that the motion is GRANTED. For the reasons stated in open court, Defendant Riff is hereby order to pay $1,100 to Plaintiff's counsel on or before October 24, 2003.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of September, 2003.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Robert M. Hustead, Esq.
  Hustead & Magolnick, P.A.
  P.O. Box 901507
  Homestead, FL 33090

Gary Brooks, Esq.
  25 S.E. 2nd Avenue, Room 1135
  Miami, FL 33131

Melvyn D. Riff
  554 N.E. 1st Avenue
  Florida City, FL 33034